UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 4:23-cr-00035-2 |
| ) | |
| LENA SMILEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Amy Lee Copeland, as counsel for Lena Smiley, requested leaves of absence from the Court pursuant to Local Rule 83.9. The requested period of leave is as follows:

- **September 12-15, 2023**

After due consideration, the Court **GRANTS** the motion.

**SO ORDERED** this the 22nd day of June, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA